## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ROBERT JAMES ARONIUS, a/k/a ROBERT ) <br> JAMES RILEY, a/k/a MUSHROOM BOB, ) <br> ) <br> Defendant. ) <br> ) | CASE NO. 93-10 |

### ORDER

THIS MATTER having been opened by Defendant, Robert James Riley, through his counsel, Baker Donelson Bearman, Caldwell & Berkowitz, PC to requests leave of Court to obtain and review a copy of his Presentence Report and any addenda thereto, which were previously sealed. And the Court having considered the papers filed, and argument, if any,

it is on this ___16th___ day of June, 2015

ORDERED that Baker Donelson Bearman Caldwell & Berkowitz, PC is authorized to obtain and review a copy of Robert James Riley's Presentence Report and any addenda thereto; it is

FURTHER ORDERED that the Clerk of the United States District Court for the Southern District of Iowa shall provide a copy of the Presentence Report and any addenda thereto to Baker Donelson Bearman Caldwell & Berkowitz, PC; it is

1

736643

2

FURTHER ORDERED that Robert James Riley's Presentence Report remain sealed for all other purposes.

                                                          _____
                                                                    U.S.D.J

736643